UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**DEE FORD'S WEST, LLC,**
**DEWEY LANKFORD FORD,**

    **Plaintiffs,**

v.                                                          Case No.: 1:24-CV-00946-CLM

**MESA UNDERWRITERS**
**SPECIALTY INSURANCE CO.,**

    **Defendant.**                                    **[JURY TRIAL DEMANDED]**
_____/

### Summons in a Civil Action

To:
Mesa Underwriters Specialty Insurance Company
c/o Michael Lanza, Agent
40 Wantage Avenue
Branchville, NJ 07890

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lloyd W. Gathings
2140 11th Avenue South
Suite 210
Birmingham, AL 35205
Tel: (205) 322-1201
Fax: (205) 322-1202
lgathings@gathingslaw.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 7-19-24                                GREER M. LYNCH, CLERK OF COURT

                                             By: _____
                                             Deputy Clerk

SEE REVERSE SIDE FOR RETURN

                                             (SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203